IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLEKSANDR V. OLIYNYK,** | : | |
| Petitioner | : | |
| | : | No. 1:17-cv-02197 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN DOLL,** | : | |
| Respondent | : | |

## **ORDER**

**AND NOW**, on this 21st day of May 2018, upon consideration of Petitioner Oleksandr V. Oliynyk's motion to enforce (Doc. No. 10), **IT IS ORDERED THAT** the motion to enforce (Doc. No. 10), is **DENIED** and the above-captioned action shall remain **CLOSED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania